## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OMAR MOHAMED, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-16-1400-M |
| YASSIEN ISSA, and<br>BENEFIT TRUCKING, INC., | ) ) ) ) |
| Defendants. | ) |

### ORDER

Before the Court is the Joint Stipulation of Dismissal [docket no. 23], filed January 3, 2018. Upon review of the Joint Stipulation of Dismissal, the Court hereby DISMISSES WITH PREJUDICE the above-captioned matter. Each party shall bear their own costs.

**IT IS SO ORDERED this 4th day of January, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE